In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-206 CV


 ______________________


 

JOANNE BARNWELL, Appellant



V.



GREGORY D. EVERSOLE, Appellee






On Appeal from the 359th District Court


 Montgomery County, Texas


Trial Cause No. 07-03-03181 CV






MEMORANDUM OPINION 


 After this Court issued an opinion in Joanne Barnwell's interlocutory appeal from a
temporary injunction in Gregory Eversole's bill of review suit, Barnwell informed this Court
that the trial court had conducted a hearing on Eversole's petition and had dismissed his suit
against Barnwell. By motion, Barnwell asks that we vacate our opinion as moot. Because
the trial court dismissed and disposed of the case in a final judgment prior to the issuance of
our opinion, we withdraw our August 30, 2007, opinion, vacate our judgment, and dismiss
the appeal as moot. See generally Tex. Foundries v. Int'l Moulders & Foundry Workers'
Union, 151 Tex. 239, 248 S.W.2d 460, 461 (1952); see also generally Valley Baptist Med.
Ctr. v. Gonzalez, 33 S.W.3d 821, 822 (Tex. 2000). 

 APPEAL DISMISSED AS MOOT.

 DAVID GAULTNEY

 Justice

Submitted on July 12, 2007

Opinion Delivered October 4, 2007


Before Gaultney, Kreger, and Horton, JJ.